# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Paul H., | Case No: 23-cv-16 ECW |
| PLAINTIFF, | |
| v. | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES** |
| Kilolo Kijakazi<br>Acting Commissioner of Social Security, | |
| DEFENDANT. | |

Having considered the Application to Proceeding without Prepayment of Fees under 28 U.S.C. § 1915 (Docket No. 2),

**IT IS ORDERED** that the Application is:

√   GRANTED

Dated: January 6, 2023

*s/Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge