# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Paul Hansmeier | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 23-cv-00016-PAM-ECW |
| Kilolo Kijakazi | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff's Motion for judgment on the administrative record (Docket No. 13) is **DENIED**; and

2. Defendant's Motion for Summary Judgment (Docket No. 15) is **GRANTED**; and

3. This matter is **DISMISSED with prejudice**.

Date: 8/8/2023                                                                                 KATE M. FOGARTY, CLERK